UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE LARRY A. BURNS)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 18-CR-3498-LAB |
| Plaintiff, | ) ) | |
| v. | ) ) | ORDER AUTHORIZING RELEASE OF CRIMINAL HISTORY RECORDS |
| RENE ZARATE-LOPEZ, | ) ) | |
| Defendant. | ) ) | |

The Court being fully advised and good cause appearing, IT IS HEREBY ORDERED that the United States Probation office is authorized to release to defense counsel and the prosecutor any records pertaining to Mr. Zarate-Lopez' criminal history.

Dated: October 2, 2018 _____
HONORABLE LARRY ALAN BURNS
United States District Judge